

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 2, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Gelani Dixon*, **21 Mag. 10437**

Dear Judge Krause:

  The Government respectfully requests that the Court unseal the Complaint in the above-referenced case now that the defendant has been arrested.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

       By: /s/ Derek Wikstrom
          Derek Wikstrom
          Assistant United States Attorney
          Tel: (914) 993-1946

SO ORDERED:

*[signature: Andrew Krause]*

---
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2021