# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 9, 2021

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Gelani Dixon**
**21 MJ 10437**

Dear Judge Davison:

    I am writing to ask that Your Honor please modify the terms of Mr. Dixon's release to allow him to travel, for work purposes and only with the prior-approval of PreTrial, to the Middle District of Pennsylvania. The purpose of this request is to allow Mr. Dixon to work at Econo Pak, a food packaging company located in Milford, Pennsylvania. Mr. Dixon expects that his hours at Econo Pak will be from 3pm to 12am, Monday through Friday.

    I have communicated with A.U.S.A. Derek Wikstrom and he does not object to this request. I have also communicated with Leo Barrios from Pretrial Services. Mr. Barrios has no objection.

    Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc: AUSA Derek Wikstrom
Leo Barrios, Pretrial Services

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
12-9-21